IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00728-PSF-CBS

SA'ADAH MAYNARD,

     Plaintiff,

v.

HOSPITAL SHARED SERVICES, INC. d/b/a FIRSTWATCH SECURITY SERVICES,

     Defendant.

---

## ORDER SETTING CASE FOR TRIAL

---

     The above-captioned matter has been scheduled for a **five-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **November 28, 2005 at 1:30 p.m.**

     A Final Trial Preparation Conference is set for **November 18, 2005** at **4:00 p.m.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

     DATED: August 22, 2005.

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge